UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PABLO DURAN,<br><br>    Defendant. | CASE NO. 13-cr-00635-JM<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens(1)

---

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/12/13

Mitchell D. Dembin
U.S. Magistrate Judge

